# United States District Court
## Violation Notice

CVB Location Code: MY-10 RJH

**Violation Number:** 7289238
**Officer Name (Print):** Wizner
**Officer No.:** W6354

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 4:00am 6/9/19
**Offense Charged:** ☐ CFR  ☐ USC  ☒ State Code
21-902 a1i

**Place of Offense:** Robert M. Bond Dr. and Allentown Rd.

**Offense Description; Factual Basis for Charge:**
Driving vehicle while under the influence

HAZMAT ☐

### DEFENDANT INFORMATION

**Last Name:** Davis
**First Name:** Imani
**M.I.:** K

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| FO-5467 | DC | 03 | Honda Accord | ✓ | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **9 June**, 20**19** while exercising my duties as a law enforcement officer in the ~~Joint Base Andrews~~ District of **Prince George's County** I responded to a vehicle accident at the red light. When I arrived on scene, a Ms. Davis was standing outside of her car. I conducted SFST's on her and deemed her unfit to operate a motor vehicle. She was transported to Building #1845 for processing. At the end of processing, I issued her one United States District Court Violation Notice.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **6/9/2019** [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident